[No. 12909-1-I. Division One. December 30, 1985.]

JAMES HARRIS, ET AL, *Respondents,* v. ROBERT HARRIS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-17072-2, Frank H. Roberts, Jr., J., entered February 10, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, A.C.J., and Swanson, J.

[No. 15109-6-I. Division One. December 30, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JAYSON LEROY ASH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-8-00167-6, Robert W. Winsor, J., entered June 29, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Ringold, J.

[No. 13826-0-I. Division One. December 30, 1985.]

PATRICIA K. COOL, *Appellant,* v. LEWIS E. COOL, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-3-00473-0, Marshall Forrest, J., entered September 8, 1983. *Reversed* and *remanded* by unpublished opinion per Corbett, C.J., concurred in by Coleman, J., and Cole, J. Pro Tem.